# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period October 01, 2020 through September 30, 2021

Case No: 20-14298-jps

Filed: September 23, 2020

Debtor: SEAN KINCAID
37578 SOARING COURT

NORTH RIDGEVILLE, OH  44039

Attorney: SCOTT W PARIS
(440) 252-4025

Required Plan Payment: $945.00 MONTHLY

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 9,217.70 |
| Disbursements: | | |
|     Principal | 6,168.55 | |
|     Interest | 0.00 | |
|     Attorney Fee | 2,450.00 | |
|     Trustee Fee | 599.15 | |
| | | 9,217.70 |
| Funds on Hand: | | 0.00 |
| | | 9,217.70 |

CASE NO:   20-14298-jps
DEBTOR:   SEAN A KINCAID

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Oct 20, 2020 | 267.53 | Nov 03, 2020 | 267.53 | Nov 17, 2020 | 267.53 | Nov 30, 2020 | 267.53 | Dec 21, 2020 | 267.53 |
| Jan 11, 2021 | 267.53 | Jan 19, 2021 | 267.53 | Jan 28, 2021 | 267.53 | Feb 09, 2021 | 267.53 | Feb 26, 2021 | 267.53 |
| Mar 15, 2021 | 436.16 | Mar 23, 2021 | 436.16 | Apr 05, 2021 | 436.16 | Apr 19, 2021 | 436.16 | May 04, 2021 | 436.16 |
| May 25, 2021 | 436.16 | Jun 07, 2021 | 436.16 | Jun 15, 2021 | 436.16 | Jun 30, 2021 | 436.16 | Jul 20, 2021 | 436.16 |
| Jul 27, 2021 | 436.16 | Aug 10, 2021 | 436.16 | Aug 24, 2021 | 436.16 | Sep 07, 2021 | 436.16 | Sep 21, 2021 | 436.16 |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | LVNV FUNDING LLC | 1303 | Unsecured | 59.82 | .00 |
| 003 | DISCOVER BANK | 3066 | Unsecured | 627.30 | .00 |
| 004 | AMERICAN EXPRESS NATIONAL BANK | 2008 | Unsecured | 136.06 | .00 |
| 005 | BANK OF AMERICA NA | 6385 | Unsecured | 194.57 | .00 |
| 005NA | BANK OF AMERICA NA | 6385 | Unsecured | .00 | .00 |
| 006 | MERRICK BANK | 2999 | Unsecured | 85.07 | .00 |
| 007 | FIFTH THIRD BANK | 0229 | Unsecured | 1,136.17 | .00 |
| 007NA | FIFTH THIRD BANK | 0229 | Unsecured | .00 | .00 |
| 008 | US BANK NATIONAL ASSOCIATION | 9315 | Unsecured | 423.58 | .00 |
| 008NA | US BANK NATIONAL ASSOCIATION | 9315 | Unsecured | .00 | .00 |
| 009 | DISCOVER PERSONAL LOANS | 4634 | Unsecured | 530.70 | .00 |
| 009NA | DISCOVER PERSONAL LOANS | 4634 | Unsecured | .00 | .00 |
| 010 | NASA FCU | 4390 | Unsecured | 402.90 | .00 |
| 011 | JPMORGAN CHASE BANK NA | 6198 | Unsecured | 166.54 | .00 |
| 012 | JPMORGAN CHASE BANK NA | 0676 | Unsecured | 184.94 | .00 |
| 013 | BUREAUS INVEST GROUP PORTFOLIO 15 | 3077 | Unsecured | 254.43 | .00 |
| 014 | BUREAUS INVEST GROUP PORTFOLIO 15 | 4612 | Unsecured | 1,038.96 | .00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7593 | Unsecured | 211.23 | .00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES LLC | 9222 | Unsecured | 80.81 | .00 |
| 017 | LVNV FUNDING LLC | 8047 | Unsecured | 306.07 | .00 |
| 018 | LVNV FUNDING LLC | 3447 | Unsecured | 329.40 | .00 |
| 799 | SCOTT W PARIS | | Attorney Fees | 2,450.00 | .00 |
| NA001 | JPMORGAN CHASE BANK | 6198 | Unsecured | .00 | .00 |
| NA002 | BUREAUS INVEST GROUP PORTFOLIO 15 | | Unsecured | .00 | .00 |
| NA003 | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| | US BANK | 1775 | Unsecured | .00 | .00 |
| | CITI CARDS | 8938 | Unsecured | .00 | .00 |



CASE NO: 20-14298-jps
DEBTOR: SEAN A KINCAID

**DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD**

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | CAPITAL ONE BANK | 6684 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 8,618.55 | .00 |

